**O**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL WILSON,<br><br>　　　　　Petitioner,<br><br>　　vs.<br><br>KELLY HARRINGTON, WARDEN,<br><br>　　　　　Respondent. | CASE NO. CV 09-05257 PA (RZ)<br><br>JUDGMENT |

　　　　This matter came before the Court on the Petition of DARRYL WILSON, for a writ of habeas corpus.  Having reviewed the Petition and supporting papers, and having accepted the findings and recommendation of the United States Magistrate Judge,

　　　　IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed with prejudice.

DATED: February 8, 2012

　　　　　　　　　　　　　　　　　　　　　　　　　PERCY ANDERSON
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE